■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM PATTON, Appellant.—Judgment unanimously affirmed. Memorandum: Defendant's convictions for possessing and selling cocaine should be affirmed. The court's charge on agency was proper and conveyed the fundamental legal principles applicable to that defense (see, People v Lam Lek Chong, 45 NY2d 64, 74-75, cert denied 39 US 935; People v Ives, 125 AD2d 975, 976, lv denied 69 NY2d 881). The verdict is not contrary to the weight of the evidence (see, People v Bleakley, 69 NY2d 490, 495). None of defendant's remaining arguments requires reversal. (Appeal from judgment of Supreme Court, Monroe County, Cornelius, J.—criminal sale of controlled substance, first degree.) Present—Dillon, P. J., Doerr, Green, Pine and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v B. J. CUMMINGS, Appellant.—Judgment unanimously affirmed. Memorandum: On appeal from a judgment convicting him of robbery in the first degree and grand larceny in the third degree, defendant argues that the denial of his motion to record voir dire was reversible error. We disagree. Defendant has shown no prejudice resulting from denial of his motion (see, People v Johnson, 140 AD2d 954, lv denied 72 NY2d 920). We further find that the court's charge on circumstantial evidence concerning footsteps in the snow does not require reversal. Evidence of defendant's footprint on a counter top, rather than in the snow, was elicited to link defendant to the crime charged.

We have examined defendant's remaining arguments on appeal and find them lacking in merit. (Appeal from judgment of Supreme Court, Monroe County, Bergin, J.—robbery, first degree.) Present—Dillon, P. J., Doerr, Green, Pine and Davis, JJ.